# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RONALD MOSLEY,

        Plaintiff,    :    Case No. 3:15-cv-33

 - vs -                             District Judge Thomas M. Rose
                                     Magistrate Judge Michael R. Merz

DAYTON POWER AND LIGHT
COMPANY,

                                         :

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

        The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

        It is hereby ORDERED that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.  This case is TERMINATED on the docket of this Court.

February 19, 2015                      *s/Thomas M. Rose

                                                       Thomas M. Rose
                                                 United States  District Judge